# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2963

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Ralph Thompson, also known as | * | |
| Travell L. Glover, also known as | * | [UNPUBLISHED] |
| Fabias L. Shipman, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: June 9, 2000
Filed: July 20, 2000

_____

Before McMILLIAN, BRIGHT, and MURPHY, Circuit Judges.

_____

PER CURIAM.


Pursuant to a written plea agreement, Ralph Thompson pleaded guilty to possessing with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1). Following imposition of sentence, appointed counsel moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967). Upon review of the record and the parties' briefs, we agree with the government that the district court's failure at the change-of-plea hearing to advise Thompson of the correct statutory mandatory minimum sentence for his offense, and of the applicability and effect of the period of

supervised release he faced, was harmless error. <u>See</u> Fed. R. Crim. P. 11(c)(1), (h); <u>United States v. Prado</u>, 204 F.3d 843, 846 (8th Cir. 2000); <u>United States v. McCarthy</u>, 97 F.3d 1562, 1575 (8th Cir. 1996), <u>cert. denied</u>, 519 U.S. 1130, <u>and</u> 520 U.S. 1133 (1997); <u>United States v. Osment</u>, 13 F.3d 1240, 1242-43 (8th Cir. 1994).

Having reviewed the record, we conclude that no other non-frivolous issues exist. <u>See</u> <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988).

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-